Núm. 8253.—CINTRÓN, apldo. *v.* INSULAR INDUSTRIAL & AGRICULTURAL EXPOSITION ASSN., INC., ET ALS., apltes.—C. D. San Juan. ▮▮▮▮▮▮▮ Junio 20, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

A la moción del demandante apelado solicitando se condene a los demandados apelantes al pago de honorarios de abogado en apelación, no ha lugar.

Núms. 54, 352, 353, 354, 355, 356, 357, 358, 359, 1086, 1199, 1226, 1246, 7930, 7961, 8073, 8130, 8164, 8177, 8187, 8205, 8206, 8210, 8246, 8322 y 8346.

## (B) DESESTIMACIONES

### (a) EN GENERAL

Núm. 8278.—ADMINISTRACIÓN JUDICIAL DE LOS BIENES RELICTOS AL FALLECIMIENTO DE ANGEL FERRERO ACOSTA, EX PARTE, aplte.; MONTALVO, aplda.—C. D. Ponce. ▮▮▮▮▮▮▮ Marzo 4, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Habiéndose radicado en la secretaría de esta corte desde el 21 de febrero, 1941, el legajo de sentencia de este caso, no ha lugar a la desestimación solicitada.